# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)  PREGERSON, HARRY | 2. Court or Organization  United States Court of Appeals for the Ninth Circuit | 3. Date of Report  5/15/07 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Circuit Judge | 5a. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  X Annual  ___ Final  5b. ___ Amended Report | 6. Reporting Period  January 1, 2006-- December 31, 2006 |
|---|---|---|

| 7. Chambers or Office Address  21800 Oxnard Street  Suite 1140  Woodland Hills, CA 91367 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member | Marine Corps Reserve Officers Assoc. |
| 2 Member | Advisory Board, Childhelp USA |
| 3 Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2006 | State of California Judge's Retirement System | $ 15,008. |
| 2  2006 | GGWH LLC | $ 18,000. |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

RECEIVED 2007 MAY 21 A 11: 20 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | **NONE** (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
N =$250,001-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000
P2 =$5,000,001-$25,000,000    P3 =$25,000,001-$50,000,000    P4 =$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identify of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 U-Haul International Inc. | B | Rent | J | W | | | | | |
| 2 Condominium in Palm Desert, CA (1979) | | None | M | W | Sell | 3/1 | N | G | |
| 3 ███████ Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 4 ███████ Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 5 ████████████ Woodland Hills, CA | | None | O | W | | | | | |
| 6 CA (1963) | | | | | | | | | |
| 7 ██████████████ Woodland Hills, CA | | None | N | W | | | | | |
| 8 (1979) | | | | | | | | | |
| 9 ████████████ Woodland Hills, CA | | None | N | W | | | | | |
| 10 (1984) | | | | | | | | | |
| 11 Limited Partnership Interest, Penn Cal | G | Rent | P1 | W | | | | | |
| 12 Investors, A Calif. Limited Partnership | | | | | | | | | |
| 13 CGM 403(B) Custodian UIPL L.A. Community | D | Div | O | T | | | | | |
| 14 College District | | | | | | | | | |
| 15 Minnesota Life Ins. Single Payment Annuity | D | Int | M | T | | | | | |
| 16 (Non-Qualified) | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA ACCT.--Wachovia Securities | | | | | | | | | |
| 2 Bank Deposit Sweep Option | A | Int | J | T | | | | | NOTE: 2 Deposit sweep-combined |
| 3 Microsoft Corp. Wash | A | Div | K | T | | | | | |
| 4 IRA ACCT.--Wachovia Securities | | | | | | | | | |
| 5 Bank Deposit Sweep Option | A | Int | J | T | | | | | |
| 6 Microsoft Corp. Wash | A | Div | J | T | | | | | |
| 7 Washington Mutual Bank | C | Int | N | T | | | | | |
| 8 Bank Deposit Sweep Option | A | Int | K | T | | | | | |
| 9 Bonds--Blackrock Municipal Target Term | A | Int | K | T | Sell 12/29 | | K | | Loss |
| 10 Trust  PSI Makes Market | | | | | | | | | |
| 11 Bonds--Palomar Pomerado Health Sys Calif. Rev. | A | Int | J | T | | | | | |
| 12 Janus Twenty Fund | A | Div | L | T | | | | | |
| 13 Janus Contrarian Fund | D | Div | M | T | | | | | |
| 14 Janus Research Fund (formerly Janus | A | Div | L | T | | 12/30 | | | Name change only |
| 15 Mercury) | | | | | | | | | |
| 16 Janus Olympus Fund | A | Div | L | T | Merge | 10/30 | | | Merger into Janus Orion Fund |
| 17 Janus Orion Fund | A | Div | L | T | | 11/2 | | | Official pick up date |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Centennial Money Mkt TR | A | Div | J | T | | | | | Prev. report 2 listings-combined here |
| 2 Cisco Sys Inc. Stock | | None | J | T | Sell | 7/27 | J | A | |
| 3 Schlumberger LTD Stock | A | Div | J | T | Buy | 11/9 | J | | |
| 4 Wyeth | A | Div | J | T | Sell | 11/9 | J | | Loss |
| 5 Yahoo Inc. Stock | | None | J | T | Sell | 11/9 | J | | Loss |
| 6 Time Warner, Inc. New | A | Div | J | T | Sell | 7/27 | J | | Loss |
| 7 Sun Microsystems Inc. | | None | J | T | Sell | 3/2 | J | | Loss |
| 8 Transocean Inc. Ordinary Shares | | None | J | T | Buy | 3/2 | J | | |
| 9 | | | | | Sell | 11/9 | J | A | |
| 10 Franklin Strategic Ser Franklin | | | | | | | | | |
| 11 Biotechnology Discovery Fund Class A | | None | J | T | Sell | 5/9 | J | | Loss |
| 12 Smith Barney Muni FDS CA Money Mkt. | A | Div | J | T | | | | | |
| 13 Nuveen Preferred & Convertible Income | A | Div | J | T | | | | | |
| 14 Fund II | | | | | | | | | |
| 15 Smith Barney Agressive Growth | A | Div | L | T | | | | | |
| 16 Fund Cl B | | | | | | | | | |
| 17 Smith Barney Appreciation Fund Cl B | A | Div | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col C2)  U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code (A-H) | (2) Type (Div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Hewlett Packard Co. | A | Int | J | T | Sell | 5/8 | J | | Loss |
| 2 Alliance Bernstein Value Fund | | None | K | T | | | | | |
| 3 World Savings Bank | D | Int | N | T | | | | | |
| 4 Nuveen Preferred & Conv Income Fund 2 | A | Div | J | T | | | | | |
| 5 CG Capital Markets Gov't Money | A | Int | J | T | | | | | |
| 6 Investments | | | | | | | | | |
| 7 CG Capital Markets Core Fixed Income | C | Int | K | T | Partial Sell | 8/18 | J | | Loss |
| 8 Fund | | | | | | | | | |
| 9 CG Capital Markets Lg Cap Value | C | Int | M | T | Partial Sell | 1/27 | K | B | |
| 10 Investments | | | | | | | | | |
| 11 CG Capital Markets Sm Cap Value | A | Int | J | T | Partial Sell | 1/27 | K | C | |
| 12 Investments | | | | | | | | | |
| 13 CG Capital Markets Emerging Markets | A | Int | K | T | Partial Sell | 1/27 | J | B | |
| 14 Investments | | | | | | | | | |
| 15 CG Capital Markets International Equity | A | Int | M | T | Partial Sell | 8/18 | J | | Loss |
| 16 Investments | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$260,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (eg. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CG Capital Markets Lg Cap Growth | B | Int | M | T | Partial Sell | 8/18 | K | D | |
| 2 Invesemtnts | | | | | | | | | |
| 3 CG Capital Markets Sm Cap Growth | B | Int | K | T | Partial Sell | 8/18 | J | | Loss |
| 4 Investments | | | | | | | | | |
| 5 Orion Bank CD Naples Fl Act/365 | B | Int | L | T | Buy | 8/21 | L | | |
| 6 Northern Trust Bank | D | Int | N | T | Buy | 6/1 | N | | Buy was in 2005 |
| 7 The Oakmark Funds | C | Int | M | T | Buy | 10/3 | M | | Buy was in 2005 |
| 8 Plains Capital Bank | | None | L | T | Buy | 5/12 | L | | |
| 9 | | | | | Sell | 8/7 | L | | Redeemed |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NOTE: We have tried to keep all items in Section VII listed in the same order as previous report with new items being placed at the end of the list. The exception is the IRA accounts--buy and sell in the IRA accounts has remained within the IRA account setup.

If you see a stock listed again on the report, it is because it was purchased through a different brokerage firm.

Also, some additional buys and sells took place in the previous year and mistakenly omitted--now listed in this report with notation of the year of the buy and/or sell.

Section I.  POSITIONS (cont.)

Board of Trustees, Devil Pups, Inc.

Section VI.  The loan listed in my 2005 Financial Disclosure Report was repaid on March 14, 2005. Through an oversight this was not explained at that time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur███████████████████████████

Date ___May 15, 2007___

NOTE: ███████████████████████LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544